1 Kevin R. Boyle (State Bar No. 192718)
Jesse Max Creed (State Bar No. 272595)
2 Matthew Joseph Stumpf (State Bar No. 301867)
Nathan Werksman (State Bar No. 322223)
3 PANISH, SHEA & BOYLE LLP
11111 Santa Monica Bl., Suite 700
4 Los Angeles, CA 90025
Telephone: 310-477-1700
5 Facsimile: 310-477-1699
Email: boyle@psblaw.com
6         creed@psblaw.com
        stumpf@psblaw.com
7
Attorneys for plaintiffs
8 COLLEEN BURKE and GARY BURKE

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11 | COLLEEN BURKE, an individual and ) | Case No.: 5:20-cv-01647-RGK (SHKx)
personal representative of the Estate of )
12 | Kevin Burke, and GARY BURKE, an ) | JOINT NOTICE OF SETTLEMENT
individual, )
13 )
               Plaintiff, )
14 )
       v. )
15 )
LOCKHEED MARTIN COMPANY, a )
16 | corporation; and DOES 1 through 50, )
inclusive, )
17 )
               Defendants. )
18

19    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
20 RECORD:
21    PLEASE TAKE NOTICE THAT a settlement of the above-captioned matter
22 in its entirety has been reached as to all parties and all causes of action. Plaintiffs
23 shall file with the court a stipulation and proposed order regarding dismissal of the
24 entire action with prejudice within 45 days or sooner upon execution of the
25 settlement documents.
26    In light of the settlement, the parties respectfully request that all hearings
27 and deadlines be vacated pending the filing of the stipulation regarding dismissal
28 with prejudice.

JOINT NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | Dated: June 24, 2021 | PANISH, SHEA & BOYLE LLP |
| 2 | | |
| 3 | | By: /s/ Kevin R. Boyle |
| 4 | | KEVIN R. BOYLE |
| | | JESSE MAX CREED |
| 5 | | MATTHEW STUMPF |
| | | NATHAN E. WERKSMAN |
| 6 | | Attorneys for Plaintiffs |
| 7 | | COLLEEN BURKE and GARY BURKE |
| 8 | Dated: June 24, 2021 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

By: /s/ William J. Katt [1]
  WILLIAM J. KATT
  PATRICK J. KEARNS
  JOHN P. LORINGER
  GREGORY K. LEE
  DAVID A. FRANK II

  Attorneys for Defendant
  LOCKHEED MARTIN CORPORATION improperly designated as LOCKHEED MARTIN COMPANY

Dated: June 24, 2021         PERKINS COIE LLP

By: /s/ Jeffrey S. Clackley
  RONALD A. MCINTIRE
  MAX L. ROTHMAN

  AND

  MICHAEL SCOVILLE
  JEFFERY S. CLACKLEY
  (Admitted *pro hac vice*)

  Attorneys for Defendant
  THE BOEING COMPANY

---

[1] Pursuant to the Rules of this Court, use of all electronic signatures have been approved via emails dated June 23, 2021.

| | | |
|---|---|---|
| 1 | Dated: June 24, 2021 | CLYDE & CO US LLP |

By: /s/ Kevin Sutherland
　　　KEVIN R. SUTHERLAND
　　　CHRISTIAN T. JOHNSON
　　　AUTUMN E. LEWIS

AND

OLIVER W. WANGER
PATRICK D. TOOLE
WANGER JONES HELSELY PC

Attorneys for Defendant
EFW INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, CA 90025.

On June 24, 2021, I served true copies of the following document(s) described as **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 24, 2021, at Los Angeles, California.

/s/ Maria Alegria
Maria Alegria

**SERVICE LIST**
**Burke, et al. v. Lockheed Martin Co., et al**
**Case No. 5:20-cv-01647-RGK-SHK**

| | |
|---|---|
| Patrick J. Kearns, Esq.<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**<br>401 West A Street, Suite 1900<br>San Diego, California 92101<br>Telephone: (619) 321-6200<br>Facsimile: (619) 321-6201<br>Patrick.Kearns@wilsonelser.com<br>Attorneys for Defendant<br>LOCKHEED MARTIN COMPANY | Gregory K. Lee, Esq.<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**<br>555 S Flower Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: (213) 443-5100<br>Fax: (213) 443-5101<br>Gregory.Lee@wilsonelser.com<br>Attorneys for Defendant<br>LOCKHEED MARTIN COMPANY |
| William J. Katt, Esq<br>John P. Loringer, Esq.<br>David A. Frank II, Esq.<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**<br>740 N Plankinton Ave #600<br>Milwaukee, WI 53203<br>Telephone: (414) 276-8816<br>Fax: (414) 276-8819<br>John.Loringer@wilsonelser.com<br>Attorneys for Defendant<br>LOCKHEED MARTIN COMPANY | Jeffery S. Clackley<br>Michael E. Scoville<br>**PERKINS COIE LLP**<br>1201 Third Avenue Suite 4900<br>Seattle, WA 98101<br>206-359-3124<br>Fax: 206-359-9000<br>jclackley@perkinscoie.com<br>mscoville@perkinscoie.com<br>Attorneys for Defendant<br>THE BOEING COMPANY |
| Ronald A McIntire<br>Max Loren Rothman<br>**PERKINS COIE LLP**<br>1888 Century Park East Suite 1700<br>Los Angeles, CA 90067-1721<br>310-788-3277<br>Fax: 310-843-2872<br>rmcintire@perkinscoie.com<br>mrothman@perkinscoie.com<br>Attorneys for Defendant<br>THE BOEING COMPANY | Kevin R. Sutherland<br>Christian T. Johnson<br>**CLYDE & CO US LLP**<br>Four Embarcadero Center, Suite 1350<br>San Francisco, California 94111<br>Telephone: (415) 365-9800<br>Fax: (415) 365-9801<br>kevin.sutherland@clydeco.us<br>christian.johnson@clydeco.us<br><br>Attorneys for Defendant EFW INC. |

| | |
|---|---|
| Autumn E. Lewis<br>**CLYDE & CO US LLP**<br>355 S. Grand Avenue, Suite 1400<br>Los Angeles, California 90071<br>Telephone: (213) 358-7600<br>Facsimile: (213) 358-7650<br>autumn.lewis@clydeco.us<br><br>Attorneys for Defendant EFW INC. | Oliver W. Wanger<br>Patrick D. Toole<br>**WANGER JONES HELSLEY PC**<br>265 E. River Park Circle, Suite 310<br>Fresno, California 93720<br>Telephone: *(559)* 238-4800<br>Facsimile: (559) 233-9330<br>owanger@wjhattomeys.com<br>ptoole@wjhattomeys.com<br><br>Attorneys for Defendant EFW INC. |